Richard F. McGinty, OSB 86071
P.O. Box 12806
Salem, OR 97309
503-371-9636
Fax: 503-371-2879
richard@mcginty-belcher.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| JULIANNE DUDLEY,<br><br>            Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.: 6:12-CV-02234-HU<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

This Court having considered Plaintiff's Affidavit and Motion to Convert Motion to Withdraw to a Motion to Dismiss with Prejudice, Defendant not objecting to Plaintiff's Motion, now finds Plaintiff's Motion well taken.

IT IS SO ORDERED.

DATED this 18th day of October 2013.

_____
United States Magistrate Judge
District

Order Granting Motion to Dismiss with Prejudice        [6:12-CV-02234-HU]
Page -1-