Richard F. McGinty, OSB 86071  
P.O. Box 12806  
Salem, OR 97309  
503-371-9636  
Fax: 503-371-2879  
richard@mcginty-belcher.com  
Attorney for Plaintiff

UNITED STATES DISTRICT COURT  
DISTRICT OF OREGON

| | |
|---|---|
| JULIANNE DUDLEY,<br><br>               Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | Case No.: 6:12-CV-02234-HU<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

This Court having considered Plaintiff's Affidavit and Motion to Convert Motion to Withdraw to a Motion to Dismiss with Prejudice, Defendant not objecting to Plaintiff's Motion, now finds Plaintiff's Motion well taken.

IT IS SO ORDERED.

DATED this 18th day of October 2013.

_____  
United States ~~Magistrate~~ District Judge

Order Granting Motion to Dismiss with Prejudice    [6:12-CV-02234-HU]  
Page -1-